**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

| | |
|---|---|
| **JUAN MORALES** | **PETITIONER** |
| **V.** | **NO. 1:20-CV-55-DMB-DAS** |
| **JESSIE WILLIAMS** | **RESPONDENT** |

# FINAL JUDGMENT

In accordance with the order entered this day, Juan Morales' petition for a writ of habeas corpus [1] is **DISMISSED with prejudice**. A certificate of appealability is **DENIED**.

**SO ORDERED**, this 19th day of March, 2021.

**/s/Debra M. Brown**
**UNITED STATES DISTRICT JUDGE**